**FILED**
July 22, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GILDARDO PEREZ AVILEZ,

Defendant.

Case No. 2:22-mj-00105-DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  GILDARDO PEREZ AVILEZ , Case No. 2:22-mj-00105-DB  Charge 21 USC § 841(a)(1) , from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 20,000.00

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

__X__ (Other): The defendant's release is delayed until Monday, July 25, 2022 at 9:00 AM.

Issued at Sacramento, California on July 22, 2022, at 2:40 PM.

By: /s/ Allison Claire

Magistrate Judge Allison Claire